IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 3:12-cr-09 |
| v. | : | ORDER TO AMEND/CORRECT DEFENDANT'S NAME |
| JOHN M. WALVOORD | : | |

Upon the Motion of the United States to Amend/Correct Defendant's name in the court caption, and for good cause shown, it is hereby ORDERED, that the Clerk of the United States District Court for the Southern District of Ohio shall amend the official caption to reflect the correct middle initial of JOHN M. WALVOORD.

Date: April 11, 2012

SO ORDERED.

*Michael Newman*

MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE