# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

       Plaintiff,              :        Case No. 3:12-CR-09

  -vs-

                                     Magistrate Judge Michael J. Newman

JOHN M. WALVOORD,

       Defendant.            :

---

## ORDER CONTINUING BOND WITH CONDITIONS

---

       This matter came on for Bond Violation Hearing on August 16, 2012. Defendant was present with counsel Cheryll Bennett in Court at the hearing of this matter, and was advised of his rights. Defendant admitted the violation of conditions of his bond as reported in the Bond Violation Report filed August 06, 2012.

       IT IS HEREBY ORDERED by the Court that Defendant is found in violation of his bond and his bond is continued with the additional condition that he successfully complete the Christopher House Program.


August 17, 2012                                                     s/**Michael J. Newman**
                                                               United States Magistrate Judge